LEGAL MAIL

Jehrone D. Fails
9995 E. Harvard Ave. #R-277
Denver, CO 80231

United States District Court
901 19th Street
Denver, CO 80294

U.S. POSTAGE PAID
FCM LG ENV
AURORA, CO
80017
DEC 26, 19
AMOUNT
$1.60
R2305M147471-21