IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03722-GPG

JEHRONE D. FALLS,

    Plaintiff,

v.

CITY OF AURORA,
DUSTIN PETERSON,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS,
JASON ROSENBLATT,
JONAS A. SPITZER,
UNKNOWN POLICE OFFICERS,

    Defendants.

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

    Plaintiff, Jehrone D. Falls, is a resident of Denver, Colorado. He has filed a Complaint (ECF No. 1) and an Application to Proceed in District Court without Paying Fees or Costs (Long Form) (ECF No. 3). Plaintiff will be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor. Accordingly, it is

    ORDERED that the Application to Proceed in District Court without Prepaying Fees or Costs (Long Form), ECF No. 3, is GRANTED. It is

    FURTHER ORDERED that the Court review the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). It is

FURTHER ORDERED that process shall not issue at this time.  It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining defendant(s) for whom personal service is required if the case is later drawn to a district judge and/or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED January 9, 2020.

BY THE COURT:

 s/ Gordon P. Gallagher
United States Magistrate Judge