IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03722-GPG

JEHRONE D. FALLS,

    Plaintiff,

v.

CITY OF AURORA,
DUSTIN PETERSON,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS,
JASON ROSENBLATT,
JONAS A. SPITZER, and
UNKNOWN POLICE OFFICERS,

    Defendants.

---

ORDER DRAWING CASE

---

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal. *See* D.C.COLO.LCivR 8.1(c).   Therefore, the case will be drawn to a presiding judge and, if appropriate, to a magistrate judge.   *See* D.C.COLO.LCivR 40.1(a).   Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge, or, if appropriate, to a magistrate judge.   *See* D.C.COLO.LCivR 40.1(a).

DATED February 7, 2020

BY THE COURT:

Gordon P. Gallagher
United States Magistrate Judge