IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03722-STV

JEHRONE D. FALLS,

    Plaintiff,

v.

CITY OF AURORA,
DUSTIN PETERSON,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS,
JASON ROSENBLATT,
JONAS A. SPITZER, and
UNKNOWN POLICE OFFICERS,
    Defendants.

## CERTIFICATE OF SERVICE

    I certify that I have mailed a copy of the Certificate of Service to the named individual below, and the following forms to the United States Marshals Service for service of process on the City of Aurora, Dustin Peterson, Zachary Ploch, Jeremy McElroy, Christopher C. Ellis, Jason Rosenblatt, Jonas A. Spitzer, and Unknown Police Officers: COMPLAINT FILED ON 12/31/19, SUMMONS, and the CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES on February 07, 2020.

Jehrone D. Falls
9995 East Harvard Avenue
#R277
Denver, CO 80231

US Marshal Service
Service Clerk
Service forms for: City of Aurora, Dustin Peterson, Zachary Ploch, Jeremy McElroy, Christopher C. Ellis, Jason Rosenblatt, Jonas A. Spitzer, and Unknown Police Officers

                                                      s/ R. Sams
                                                     *Deputy Clerk*