IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 28 2020

JEFFREY P. COLWELL
CLERK

Civil Action No. 1:19-cv-03722-STV

JEHRONE D. FALLS

              Plaintiff

v.

CITY OF AURORA,
DUSTIN PETERSEN,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS,
JASON ROSENBLATT,
JONAS A. SPITZER,
UNKNOWN AURORA POLICE OFFICER,

              Defendant(s).

## MOTION FOR SERVICE OF COMPLAINT AND SUMMONS BY THE UNITED STATES MARSHAL SERVICE

COMES NOW, Jehrone D. Falls, Plaintiff pro se, respectfully moves this Court, to issue its order, pursuant to Fed. R. Civ. P. Rule 4(c)(3), directing the United States Marshal Service, to serve process of the summons and complaint, in the above captioned case, on the Defendants. As grounds, Plaintiff states as follows:

1. On December 31, 2019, Plaintiff filed his Complaint and Application to Proceed Without Prepaying Fees or Costs in the above captioned case. See Doc. Nos. 1 & 3.

1

2. On January 09, 2020, Plaintiff's Motion for Leave to Proceed In Forma Pauperis was GRANTED, by Magistrate Judge Gordon P. Gallagher. Doc. No. 4.

3. Fed. R. Civ. P. Rule 4(c)(3), states in pertinent part, "At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed in forma pauperis under 28 U.S.C. §1915."

WHEREFORE, Plaintiff respectfully moves this Court, to issue it's Order, directing the United States Marshal, to serve the Defendants a copy of a summons and complaint in this case.

Dated: 02/18/2020

_____
Jehrone O. Falls
9995 E. Harvard Ave. #R277
Denver, Co. 80231

## CERTIFICATE OF MAILING

I hereby certify that on this **20th** day of **FEBRUARY 2020,** A true and correct copy of the foregoing attached **PLAINTIFF'S MOTION FOR SERVICE OF COMPLAINT AND SUMMONS BY THE UNITED STATES MARSHALL SERVICE** was deposited into the United States Mail, postage prepaid by First Class postage, addressed to the following:

**UNITED STATES DISTRICT COURT**
**901 19th Street**
**Denver, CO 80294**

By: _____
Jehrone N. Falls
9995 E Harvard Ave. #R277
Denver, CO 80231

Jehrone D. Falls
9995 E. Harvard Ave. #R277
Denver, CO, 80231

Legal Mail

DENVER CO 802
25 FEB 2020 PM 3 L

United States District Court
901 19th Street
Denver, CO, 80294

80294-250151