**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**STANDING ORDER REGARDING APPEARANCES FOR
CERTAIN CIVIL NON-EVIDENTIARY PROCEEDINGS
FOR MAGISTRATE JUDGE SCOTT T. VARHOLAK
(Effective March 30, 2020)**

In light of the continued community spread of the novel coronavirus, COVID-19, the declared state of emergency by President of the United States in response to the spread of COVID-19, the declared state of emergency and the issuance of the state-wide "Stay at Home" order by Governor of the State of Colorado, and this District's March 27, 2020 2020-3 General Order Regarding Court Operations Under the Exigent Circumstances Created by COVID-19, **IT IS ORDERED THAT**:

(1) All non-evidentiary hearings in **civil matters**, including but not limited to Scheduling Conferences, Final Pretrial Conferences, and status conferences, are **CONVERTED** to telephonic appearances (including for counsel locally) **unless otherwise ordered by the Court**;

(2) The Parties and/or counsel should appear telephonically by initiating a call among all individuals participating before contacting chambers at (303) 335-2365 at the designated time;

(3) In an effort to limit the need for Court staff to travel, the Court intends to consolidate the settings on its calendar each week, which will require the Court to reset certain hearings on short notice. The Court apologizes for any inconvenience this causes, and will do its best to accommodate the

parties' requests to reschedule matters. The Court appreciates everyone's understanding and cooperation in these challenging circumstances.

(4) To the extent that any Party and/or counsel has questions regarding whether an in-person appearance is required, such Party and/or counsel should contact the chambers of Magistrate Judge Varholak **at least one day prior to the scheduled proceeding**;

(5) Criminal matters scheduled before Magistrate Judge Varholak shall take place by using remote attendance and other social distancing means to the full extent practicable.

(6) This Standing Order **REMAINS IN EFFECT** until **May 1, 2020** or further Order of the court.

**Parties and/or counsel are advised to check information for Magistrate Judge Varholak on the website of the United States District Court for the District of Colorado (www.cod.uscourts.gov) at least one week prior to their scheduled proceedings to determine whether this Order has been amended or vacated.**

DATED: March 30, 2020                    BY THE COURT:

                                         s/Scott T. Varholak
                                         United States Magistrate Judge