IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-03722-STV

JEHRONE D. FALLS

                              Plaintiff

v.

CITY OF AURORA,
DUSTIN PETERSEN,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS,
JASON ROSENBLATT,
JONAS A. SPITZER,
UNKNOWN AURORA POLICE OFFICER,

                              Defendant(s).

**MOTION FOR CONTINUANCE AND/OR EXTENSION OF TIME**

COMES NOW, Jehrone D. Falls, Plaintiff pro se, respectfully moves this Court, to issue its order, extending the due dates for the Consent Form and Proposed Scheduling Order, and to continue the Scheduling Conference. As grounds, Plaintiff states as follows:

1. On December 31, 2019, Plaintiff filed his Amended Complaint, in the above captioned case. See Doc. No. 1.

1

2. On February 10, 2020, the Court issued the following order: MINUTE ORDER by Magistrate Judge Scott T. Varholak on 02/10/2019. Consent Form due by 4/3/2020. Proposed Scheduling Order due 4/10/2020. Scheduling Conference set for 4/17/2020 09:30 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak.   See Doc. No. 8.

3. On February 28, 2020, Plaintiff filed with the Court, his motion for the Court, to issue it's Order, Granting Service of the complaint and summons, by the United States Marshal. See Doc. No. 9.

4. On March 04, 2020, the Court DENIED AS MOOT, Plaintiff's Motion for Service of Complaint and Summons by the United States Marshal Service, stating "the Clerk of Court has already coordinated service on Defendants by the United States Marshal Service at the addresses provided by Plaintiff in the Complaint." See Doc. No. 10.

5. Although the Court stated in it's [10] Order, that "the Clerk of Court has already coordinated service on Defendants by the United States Marshal Service," service of the summons and complaint, on the Defendants, still hasn't been processed.

WHEREFORE, Plaintiff respectfully requests the Court to extend the due dates for the Consent Form and Proposed Scheduling Order, and to continue the Scheduling Conference, until after the Defendants are served in this case.

Dated: April 01, 2020.

_____
Jehrøne D. Falls
9995 E. Harvard Ave. #R277
Denver, Co. 80231

## **CERTIFICATE OF MAILING**

I hereby certify that on this **1st** day of **APRIL 2020,** A true and correct copy of the foregoing attached **PLAINTIFF'S MOTION FOR CONTINUANCE AND/OR EXTENSION OF TIME** was deposited into the United States Mail, postage prepaid by First Class postage, addressed to the following:

**UNITED STATES DISTRICT COURT**
**901 19th Street**
**Denver, CO 80294**


By: _____
   Jehrone D. Falls
   9995 E Harvard Ave. #R277
   **Denver, CO 80231**

Jenrone D. Falls
9995 E. Harvard Ave. #R277
Denver, CO 80231

Legal Mail

United States District Court
901 19th Street
Denver, CO 80294

80294-250151


8992004031935150

