IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN -8 2020
JEFFREY P. COLWELL
CLERK

Civil Action No. 1:19-cv-03722-STV

JEHRONE D. FALLS

                          Plaintiff

v.

CITY OF AURORA,
DUSTIN PETERSEN,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS,
JASON ROSENBLATT,
JONAS A. SPITZER,
UNKNOWN AURORA POLICE OFFICER,

                          Defendant(s).

## MOTION FOR WAIVER OF SERVICE OF SUMMONS AND COMPLAINT

COMES NOW, Jehrone D. Falls, Plaintiff pro se, respectfully moves this Court, to issue its order, pursuant to Fed. R. Civ. P. Rule 4(d)(1), directing the Clerk of the United States District Court for the Tenth Circuit Colorado, to send Defendants, or any other agent authorized by appointment or by law to receive service of process, by first-class mail or other reliable means, a request for Waiver of Service of the summons and complaint. As grounds, Plaintiff states as follows:

1

1. On December 31, 2019, Plaintiff filed his Complaint and Application to Proceed Without Prepaying Fees or Costs in the above captioned case. See Doc. Nos. 1 & 3 .

2. On January 09, 2020, Plaintiff's Motion for Leave to Proceed In Forma Pauperis was GRANTED, by Magistrate Judge Gordon P. Gallagher. Doc. No. 4.

3. Fed. R. Civ. P. Rule 4(d)(1), states in pertinent part, "An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. The plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons."

WHEREFORE, Plaintiff respectfully moves this Court, to issue it's Order, directing the Clerk of the United States District Court for the Tenth Circuit Colorado, to send Defendants, or any other agent authorized by appointment or by law to receive service of process, by first-class mail or other reliable means, a request for Waiver of Service of the summons and complaint.

Dated: May 16, 2020.

_____
Jehrone D. Falls
9995 E. Harvard Ave. #R277
Denver, Co. 80231

## **CERTIFICATE OF MAILING**

I hereby certify that on this **16th** day of **MAY 2020,** A true and correct copy of the foregoing attached **PLAINTIFF'S MOTION FOR WAIVER OF SERVICE OF SUMMONS AND COMPLAINT** was deposited into the United States Mail, postage prepaid by First Class postage, addressed to the following:

**UNITED STATES DISTRICT COURT**
**901 19th Street**
**Denver, CO 80294**

By: *[signature]*

**Jehrone D. Falls**
**9995 E. Harvard Ave. #R-277**
**Denver, CO 80231**

Jehrone D. Falls
9995 E. Harvard Ave. # R-277
Denver, CO 80231

Legal Mail

United States District Court
901 19th Street
Denver, CO 80294