IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03722-STV

JEHRONE D. FALLS,

    Plaintiff,

v.

CITY OF AURORA;
DUSTIN PETERSEN;
ZACHARY PLOCH;
JEREMY MCELROY;
CHRISTOPHER C. ELLIS;
JASON ROSENBLATT;
JONAS A. SPITZER; and
UNKNOWN POLICE OFFICER,

    Defendants.

## *NOTICE OF ENTRY OF APPEARANCE*

Charles A. Piekarski, Esq., Aurora City Attorney's Office, hereby enters his appearance as counsel for the City of Aurora and Officers Dustin Petersen, Zachary Ploch, Jeremy McElroy, Christopher C. Ellis, Jason Rosenblatt, and Jonas A. Spitzer, in their official capacities.

Dated:  June 25, 2020

                                              Respectfully submitted,

                                              s/ *Charles A. Piekarski*
Charles A. Piekarski
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado  80012
Telephone:  (303) 739-7030
Facsimile:  (303) 739-7042
E-mail:  cpiekars@auroragov.org
ATTORNEY FOR DEFENDANT CITY OF AURORA AND OFFICERS DUSTIN PETERSEN, ZACHARY PLOCH, JEREMY MCELROY, CHRISTOPHER C. ELLIS, JASON ROSENBLATT, AND JONAS A. SPITZER, IN THEIR OFFICIAL CAPACITIES

## CERTIFICATE OF SERVICE

      I hereby certify that on June 25, 2020, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Jehrone D. Falls                                  *MAIL*
9995 East Harvard Avenue, #R277
Denver, CO  80231

                                              s/ *Cindy Selden*
Cindy Selden