IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03722-STV

JEHRONE FALLS,

    Plaintiff,

v.

CITY OF AURORA
DUSTIN PETERSEN,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS
JASON ROSENBLATT
JONAS SPITZER,
UNKNOWN POLICE OFFICERS,

    Defendants.

### *DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [DOC. 1]*

The Defendants, City of Aurora, Specialist Dustin Petersen, Officer Zachary Ploch, Officer Jeremy McElroy, Officer Christopher C. Ellis, Officer Jason Rosenblatt, and Officer Jonas Spitzer, by their counsel, Charles A. Piekarski and Julia A. Bannon of the Office of the City Attorney of Aurora, Colorado, and Ann Smith of the law firm of Vaughan and DeMuro, hereby submit this Defendants' Motion for Extension of Time to Respond to Complaint [Doc. 1].

### *Certificate of Compliance*

The undersigned counsel attempted to confer with *pro se* Plaintiff, Jehrone Falls, regarding the relief sought in this Motion but was unable to reach him.  On June 24, 2020, the undersigned

counsel placed a telephone call to the phone number Plaintiff provided on his Complaint [Doc1]. The call was answered with an automated voice messaging system. The undersigned counsel, Ann Smith, left a message requesting a return call. Undersigned counsel, Charles Piekarski, left a detailed message on Plaintiff's voice mail on June 26, 2020. Counsel again called the Plaintiff on June 29, 2020, and left a detailed message on his voicemail. To date, the undersigned counsel did not receive a response to these phone calls.

1. The Amended Complaint in this matter was served on Defendants on June 10, 2020. The Defendants' initial responsive pleading is due on July 1, 2020.

2. The undersigned counsel has gathered documents to review, including bodycam videos, but have not yet had the opportunity to interview each of the Defendants and complete that review in detail.

3. Restrictions regarding COVID 19 make it impossible for the undersigned counsel to meet with Defendants and complete the response in this matter by July 1, 2020.

4. Defendants have not sought any previous extensions of time for any purpose.

5. Defendants therefore request an extension of 30 days, up to and including July 31, 2020, within which to file a responsive pleading to Plaintiff's Complaint. The requested extension will serve the interests of judicial economy and will not result in prejudice to any party.

WHEREFORE, Defendants respectfully seek an Order of the Court granting them an extension of time of thirty days, up to and including July 31, 2020, in which to file their initial responsive pleading.

Dated:  June 29, 2020

Respectfully submitted,

*s/ Charles A. Piekarski*
Charles A. Piekarski
Julia A. Bannon
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
E-mail: cpiekars@auroragov.org
           jbannon@auroragov.org
ATTORNEYS FOR DEFENDANTS


s/ *Ann B. Smith*
Ann B. Smith
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO 80903
Telephone: (719) 578-5500
Facsimile: (719) 578-5504
E-mail: asmith@vaughandemuro.com
ATTORNEY FOR OFFICER
DEFENDANTS

3

### *CERTIFICATE OF SERVICE*

      I hereby certify that on June 29, 2020, I electronically filed the foregoing DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT [DOC. 1] with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Jehrone Falls                          *(MAIL)*
9995 E. Harvard Ave., #R277
Denver, CO  80231

Specialist Dustin Petersen      *(E-MAIL)*

Officer Zachary Ploch          *(E-MAIL)*

Officer Jeremy McElroy        *(E-MAIL)*

Officer Christopher C. Ellis     *(E-MAIL)*

Officer Jason Rosenblatt       *(E-MAIL)*

Officer Jonas Spitzer           *(E-MAIL)*

                                          s/ *Joanne Flaherty*
                                          Joanne Flaherty