| U.S. Department of Justice<br>United States Marshals Service | | | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* | |
|---|---|---|---|---|
| PLAINTIFF<br>Jehrone D. Falls | | | COURT CASE NUMBER<br>19-cv-03722-STV | |
| DEFENDANT<br>City of Aurora et al | | | TYPE OF PROCESS<br>S/C | |

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2020 JUL -8 PM 3:40
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jason Rosenblatt
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
15151 E. Alameda Pkwy aurora, CO 80012

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Jehrone D. Falls
9995 East Harvard Avenue
#R277
Denver, CO 80231

Number of process to be served with this Form 285  6
Number of parties to be served in this case  8
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

**PERSONAL SERVICE**

| Signature of Attorney other Originator requesting service on behalf of:<br>s/ R. Sams, Deputy Clerk | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>02/07/2020 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. B13 | District to Serve<br>No. B13 | Signature of Authorized USMS Deputy or Clerk | Date<br>3/9/20 |
|---|---|---|---|---|---|

[X] I hereby certify and return that I have personally served, [X] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Nancy Rodgers Deputy City Attorney

Address *(complete only different than shown above)*

Date: 6-10-20   Time: 1530  [ ] am [X] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-03722-STV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jason Rosenblatt__
was received by me on *(date)* __3-10-20__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Nancy Rodgers__, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* __6-10-20__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6-10-20__

_____
*Server's signature*

__Paul Otto    DUSM__
*Printed name and title*

__901 19th St., Denver Co 80294__
*Server's address*

Additional information regarding attempted service, etc: