IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03722-STV

JEHRONE D. FALLS,

    Plaintiff,

v.

CITY OF AURORA,
DUSTIN PETERSEN,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS,
JASON ROSENBLATT,
JONAS A. SPITZER, and
UNKNOWN POLICE OFFICERS,

    Defendants.
_____

**ENTRY OF APPEARANCE**
_____

    Attorney Ann B. Smith of the law firm of Vaughan & DeMuro hereby enters her appearance on behalf of Defendants DUSTIN PETERSEN, ZACHARY PLOCH, JEREMY MCELROY, CHRISTOPHER C. ELLIS, JASON ROSENBLATT, and JONAS A. SPITZER (collectively, "Defendant Officers") in their individual capacities.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: July 31, 2020 | s/ Ann B. Smith_____<br>Ann B. Smith<br>   VAUGHAN & DeMURO<br>   111 South Tejon, Suite 545<br>   Colorado Springs, CO 80903<br>   (719) 578-5500 (phone)<br>   (719) 578-5504 (fax)<br>   asmith@vaughandemuro.com (e-mail)<br>ATTORNEY FOR OFFICER DEFENDANTS |

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Charles A. Piekarski**
cpiekarski@auroragov.org

and I hereby certify that the foregoing was placed in the U.S. Mail, postage prepaid, and addressed to the following:

Jehrone D. Falls
9995 E. Harvard Ave., #R277
Denver, CO 80231

                                          s/ Ann B. Smith_____
                                          Ann B. Smith