IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03722-STV

JEHRONE FALLS,

    Plaintiff,

v.

CITY OF AURORA
DUSTIN PETERSEN,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS
JASON ROSENBLATT
JONAS SPITZER,
UNKNOWN POLICE OFFICERS,

    Defendants.

_____

**DEFENDANTS' JOINT MOTION FOR STAY OF PROCEEDINGS AND TO VACATE THE SCHEDULING CONFERENCE PENDING RULING ON MOTIONS TO DISMISS**
_____

THE COURT, having reviewed Defendants' Joint Motion for Stay of Proceedings and to Vacate the Scheduling Conference Pending Ruling on Motions to Dismiss (Doc. ____), having reviewed the file, and being fully advised,

DOES HEREBY ORDER that the motion is GRANTED. All proceedings in this matter including all discovery and pending deadlines are hereby STAYED until the Motions to Dismiss (Docs. 28, 30) have been ruled on. Furthermore, the Scheduling Conference currently set for August 10, 2020, is hereby VACATED.

Done this _____ day of _____, 2020.

BY THE COURT:

_____