IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03722-STV

JEHRONE FALLS,

    Plaintiff,

v.

CITY OF AURORA
DUSTIN PETERSEN,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS
JASON ROSENBLATT
JONAS SPITZER,
UNKNOWN POLICE OFFICERS,

    Defendants.
_____

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION FORM**
_____

    Defendants Officer Dustin Petersen, Officer Zachary Ploch, Officer Jeremy McElroy, Officer Christopher C. Ellis, Officer Jason Rosenblatt, Officer Jonas Spitzer, ("Defendant Officers") and Defendant City of Aurora submit this Joint Motion for Extension of Time to File Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction Form and, in support thereof, state as follows.

### CERTIFICATE

    Undersigned counsel attempted to confer with *pro se* Plaintiff, Jehrone Falls, on August 24, 2020, regarding the consent form but have not received a response.

Undersigned counsel are providing a copy of this motion to their clients as reflected in the attached certificate of service.

1. Pursuant to the Court's Minute Order of June 3, 2020, the deadline for the Parties to file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form (hereinafter "Consent Form") is August 27, 2020.

2. Undersigned counsel have jointly reached out to Plaintiff on several occasions in an effort to obtain his position on various motions. To date, Plaintiff has not returned any of the phone calls made by undersigned counsel.

3. A Motions Hearing concerning Defendants' Joint Motion for Stay of Proceedings and to Vacate the Scheduling Conference Pending Ruling on Motions to Dismiss (Doc. 31) is scheduled to take place on September 3, 2020, at 1:00 p.m. It is anticipated that, during such Motions Hearing, undersigned counsel will be able to determine from Plaintiff his position on the Consent Form or obtain a better method for contacting him.

4. Defendants therefore request an extension of time through September 4, 2020, in which to file the Consent Form in this matter.

5. This is the first request for extension of time to submit the Consent Form that Defendants have filed in this matter. It is noted that Plaintiff requested an extension in April of 2020 but such request was rendered moot. (*See* Docs 15, 16.)

WHEREFORE, Defendants respectfully request an Order from this Court extending the deadline in which to file the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction form up to and including September 4, 2020.

6

Respectfully submitted,

Date:  August 27, 2020  s/ Charles A. Piekarski
Charles A. Piekarski
Julia A. Bannon
    OFFICE OF THE CITY ATTORNEY
    Aurora Municipal Center # 5300
    15151 East Alameda Parkway
    Aurora, CO 80012
    (303) 739-7030 (phone)
    (303) 739-7042 (fax)
    cpiekars@auroragov.org (e-mail)
    jbannon@auroragov.org (e-mail)
ATTORNEY FOR DEFENDANTS


Date:  August 27, 2020  s/ Ann B. Smith
Ann B. Smith
    VAUGHAN & DeMURO
    111 South Tejon, Suite 545
    Colorado Springs, CO 80903
    (719) 578-5500 (phone)
    (719) 578-5504 (fax)
    asmith@vaughandemuro.com (e-mail)
ATTORNEY FOR DEFENDANT OFFICERS

CERTIFICATE OF SERVICE

      I hereby certify that on this 27th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Charles A. Piekarski**
cpiekarski@auroragov.org

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Jehrone Falls       *(MAIL)*
9995 E. Harvard Ave., #R277
Denver, CO  80231

<u>Client Copies:</u>
| | |
|---|---|
| Specialist Dustin Petersen | *(CONFIDENTIAL E-MAIL)* |
| Officer Zachary Ploch | *(CONFIDENTIAL E-MAIL)* |
| Officer Jeremy McElroy | *(CONFIDENTIAL E-MAIL)* |
| Officer Christopher C. Ellis | *(CONFIDENTIAL E-MAIL)* |
| Officer Jason Rosenblatt | *(CONFIDENTIAL E-MAIL)* |
| Officer Jonas Spitzer | *(CONFIDENTIAL E-MAIL)* |

                                              s/ Ann B. Smith
                                              Ann B. Smith