IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-03722-STV

JEHRONE FALLS,

    Plaintiff,

v.

CITY OF AURORA,
DUSTIN PETERSEN,
ZACHARY PLOCH,
JEREMY MCELROY,
CHRISTOPHER C. ELLIS,
JASON ROSENBLATT,
JONAS SPITZER,
UNKNOWN POLICE OFFICERS,

    Defendants.

## *DEFENDANTS' CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES*

The Defendants, City of Aurora, Specialist Dustin Petersen, Officer Zachary Ploch, Officer Jeremy McElroy, Officer Christopher C. Ellis, Officer Jason Rosenblatt, and Officer Jonas Spitzer, by their counsel, Charles A. Piekarski and Julia A. Bannon of the Office of the City Attorney of Aurora, Colorado, and Ann Smith of the law firm of Vaughan and DeMuro, hereby submit this Defendants' Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in Direct Assignment Cases.

### *Certificate of Compliance*

The undersigned counsel attempted to confer with *pro se* Plaintiff, Jehrone Falls, regarding consent to the Magistrate's jurisdiction, but was unable to reach him. On August 24, 2020, the undersigned counsel placed a telephone call to the phone number Plaintiff provided on his Complaint *[Doc. 1]*. The call was answered with an automated voice messaging system. The undersigned counsel, Ann Smith, left a message requesting a return call regarding the consent issue. On August 28, 2020, the undersigned counsel placed another telephone call to the same phone number for Plaintiff and left another detailed message concerning the consent issue. To date, the undersigned counsel did not receive a response.

All Defendants in this civil action CONSENT to have a United States Magistrate Judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Dated: September 3, 2020

Respectfully submitted,

*s/ Charles A. Piekarski*
Charles A. Piekarski
Julia A. Bannon
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
E-mail: cpiekars@auroragov.org
         jbannon@auroragov.org
ATTORNEYS FOR DEFENDANTS

        s/ *Ann B. Smith*
Ann B. Smith
VAUGHAN & DeMURO
111 South Tejon, Suite 545
Colorado Springs, CO  80903
Telephone:  (719) 578-5500
Facsimile:  (719) 578-5504
E-mail:  asmith@vaughandemuro.com
ATTORNEY FOR OFFICER
DEFENDANTS

### *CERTIFICATE OF SERVICE*

I hereby certify that on September 3, 2020, I electronically filed the foregoing **DEFENDANTS' CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Jehrone Falls                                               *(MAIL)*
9995 East Harvard Avenue, #R277
Denver, CO  80231


        s/ *Cindy Selden*
Cindy Selden