IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:19-cv-03722-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: September 3, 2020 | Courtroom Deputy:  Monique Ortiz |

*Parties:*                                    *Counsel:*


JEHRONE D. FALLS                    Pro Se

      Plaintiff,

 v.


CITY OF AURORA                      Charles Piekarski, Julia Bannon
DUSTIN PETERSON                    Ann Smith
ZACHARY PLOCH
JEREMY MCELROY
CHRISTOPHER C. ELLIS
JASON ROSENBLATT
JONAS A. SPITZER


      Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC MOTION HEARING**
**Court in session:   1:06 p.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court on Defendants' Joint Motion for Stay of Proceedings and to Vacate the Scheduling Conference Pending Ruling on Motions to Dismiss [Doc. No. 31, filed 8/3/2020].

Statements by the Court regarding Plaintiff's lack of participation in this case.

For the reasons as stated on the record it is:

**ORDERED:**  Defendants' Joint Motion for Stay of Proceedings and to Vacate the Scheduling Conference Pending Ruling on Motions to Dismiss [Doc. No. 31] is **GRANTED**.

A Status Conference is set for **October 1, 2020 at 11:15 a.m.** Parties shall call (888-808-6929) and enter Access Code: 2805116# when prompted, at the given date and time.  **Plaintiff's failure to participate in the hearing will result in a recommendation that this case be dismissed for failure to prosecute.**

HEARING CONCLUDED.
**Court in recess:**  **1:10 p.m.**
Time In Court:  00:04

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.