IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:19-cv-03722-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: October 22, 2020 | Courtroom Deputy:  Monique Ortiz |

*Parties:*   *Counsel:*

JEHRONE D. FALLS

    Plaintiff,

v.

CITY OF AURORA  Charles Piekarski,
DUSTIN PETERSON  Ann Smith
ZACHARY PLOCH
JEREMY MCELROY
CHRISTOPHER C. ELLIS
JASON ROSENBLATT
JONAS A. SPITZER

    Defendant.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC STATUS HEARING**
**Court in session:   10:50 a.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court on the status of the case.  The Plaintiff has failed to call in to participate in the proceedings today.   At the last hearing held on September 3, 2020, this court issued a Minute Order stating that Plaintiff's failure to participate in today's hearing would result in a recommendation that the case be dismissed for failure to prosecute.  The court provides some history of the Plaintiff's failure to prosecute this case.

For the reasons as stated on the record it is:

| | |
|---|---|
| **ORDERED:** | This case shall be reassigned to an Article III Judge so that this court, if appropriate, may issue a recommendation that this case be dismissed for failure to prosecute. |

HEARING CONCLUDED.
**Court in recess:**   **10:54 a.m.**
Time In Court:        00:04

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 <u>OR</u> AB Litigation Services at (303)629-8534.