IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:19-cv-03722-DDD-STV

JEHRONE D. FALLS,

    Plaintiff,

v.

CITY OF AURORA;
DUSTIN PETERSON;
ZACHARY PLOCH;
JEREMY McELROY;
CHRISTOPHER C. ELLIS;
JASON ROSENBLATT;
JONAS A. SPITZER; and
UNKNOWN POLICE OFFICERS,

    Defendants.

## ORDER
### ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND DISMISSING CASE FOR FAILURE TO PROSECUTE

Before the Court is the recommendation (Doc. 48) of United States Magistrate Judge Scott T. Varholak that the Court dismiss Plaintiff's claims in this case for failure to prosecute. The recommendation states that objections to the recommendation must be filed within fourteen days after its service on the parties. (Doc. 48 at 6 (citing 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)).) The recommendation was served on October 26, 2020, and no party has objected to it.

In the absence of a timely objection, the Court may review a magistrate judge's recommendation under any standard it deems appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, the Court has

- 2 -

reviewed the recommendation to satisfy itself that there is "no clear error on the face of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, the Court has concluded that the recommendation is a correct application of the facts and the law. As Judge Varholak determined, Plaintiff has failed to take any action to prosecute his claims since June 2020, and the relevant factors weigh in favor of dismissal.

Accordingly, it is ORDERED that:

The Order and Recommendation of United States Magistrate Judge (Doc. 48) is ACCEPTED and ADOPTED;

Plaintiff's claims are DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute.

DATED: March 31, 2021          BY THE COURT:

　　　　　　　　　　　　　　　　　Hon. Daniel D. Domenico